**Rodney BELL, Plaintiff–Appellant**

v.

**Carolyn W. COLVIN, Acting
Commissioner of Social
Security, Appellee.**

No. 13–1226.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 7, 2013.

Filed: Aug. 27, 2013.

Rodney Bell, Kansas City, MO, pro se.

Anne M. Zeigler, Spec. Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., Kristi A. Schmidt, Chief Counsel, Region VII, Soc. Sec. Admin., of counsel, on the brief), for appellee.

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Rodney Bell appeals from an order of the District Court[1] affirming the denial of disability insurance benefits and supplemental security income. Upon *de novo* review, we find that the determination of the administrative law judge (ALJ) that Bell is not disabled is supported by substantial evidence on the record as a whole. *See Young v. Astrue,* 702 F.3d 489, 491

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for

(8th Cir.2013). As to Bell's apparent challenge to the ALJ's adverse credibility determination, this challenge is being raised for the first time on appeal, *see Roberts v. Apfel,* 222 F.3d 466, 470 (8th Cir.2000) (noting that unless manifest injustice would result, a claim not articulated in the district court is subject to forfeit on appeal), and in any event, the ALJ gave several valid reasons for finding Bell not entirely credible, *see Renstrom v. Astrue,* 680 F.3d 1057, 1067 (8th Cir.2012) (stating that if the ALJ explicitly discredits a claimant and gives good reasons for doing so, the appellate court will normally defer to the ALJ's determination). We affirm the judgment of the District Court, and we deny Bell's motion for appointment of counsel.

the Western District of Missouri.